**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

__Middle__          District of __Florida__
                              (State)

Case number (*If known*): _____  Chapter __11__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy     06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1. Debtor's name** | **Starboard Group of Space Coast, LLC** | |
| **2. All other names debtor used in the last 8 years** <br> Include any assumed names, trade names, and *doing business as* names | | |
| **3. Debtor's federal Employer Identification Number** (EIN) | __47-2923279__ | |
| **4. Debtor's address** | **Principal place of business** <br><br> __12540 W. Atlantic Boulevard__ <br> Number    Street <br><br> _____ <br><br> __Coral Springs__      __Florida__   __33071__ <br> City               State     ZIP Code <br><br> __Broward__ <br> County | **Mailing address, if different from principal place of business** <br><br> _____ <br> Number    Street <br><br> _____ <br> P.O. Box <br><br> _____ <br> City         State     ZIP Code <br><br> **Location of principal assets, if different from principal place of business** <br><br> __3323 Columbia Boulevard__ <br> Number    Street <br><br> _____ <br><br> __Titusville__    __Florida__   __32780__ <br> City         State     ZIP Code <br><br> **(See Schedule 2 for Additional Locations)** |
| **5. Debtor's website** (URL) | https://starboardgroup.com/ | |

Debtor    Starboard Group of Space Coast, LLC                                             Case Number *(if known)* _____

| | |
|---|---|
| **6. Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☒ Partnership (excluding LLP) <br> ☐ Other. Specify: _____ |
| **7. Describe debtor's business** | A. *Check one:* <br> ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A)) <br> ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)) <br> ☐ Railroad (as defined in 11 U.S.C. § 101(44)) <br> ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A)) <br> ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6)) <br> ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3)) <br> ☒ None of the above <br><br> A. *Check all that apply:* <br> ☐ Tax-exempt entity (as described in 26 U.S.C. § 501) <br> ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3) <br> ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11)) <br><br> B. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes . <br> **722513** |
| **8. Under which chapter of the Bankruptcy Code is the debtor filing?** | *Check one:* <br> ☐ Chapter 7 <br> ☐ Chapter 9 <br> ☒ Chapter 11. *Check all that apply*: <br>    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that). <br>    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B). <br>    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11. <br>    ☐ A plan is being filed with this petition. <br>    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). <br>    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form. <br>    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2. <br> ☐ Chapter 12 |
| **9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?** <br><br> If more than 2 cases, attach a separate list. | ☒ No <br> ☐ Yes.  District _____  When _____ Case number _____ <br>                                                MM / DD / YYYY <br>                District _____  When _____ Case number _____ <br>                                                MM / DD / YYYY |

Debtor   Starboard Group of Space Coast, LLC                        Case Number *(if known)* _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No
☒ Yes.  Debtor **See Schedule 1**                Relationship _____
         District _____   When _____
                                                         MM / DD / YYYY
         Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☒ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                            Number      Street
                            _____
                            City                           State  ZIP Code

**Is the property insured?**
☐ No
☐ Yes. Insurance agency _____
       Contact name _____
       Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49                ☒ 1,000-5,000         ☐ 25,001-50,000
☐ 50-99               ☐ 5,001-10,000        ☐ 50,001-100,000
☐ 100-199             ☐ 10,001-25,000       ☐ More than 100,000
☐ 200-999

Debtor   Starboard Group of Space Coast, LLC                                    Case Number (if known) _____

| 15. Estimated assets | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☒ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |
|---|---|---|---|
| 16. Estimated liabilities | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☒ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |

**Request for Relief, Declaration, and Signatures**

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  11/13/2023
            MM / DD / YYYY

X _____        Andrew Levy
Signature of authorized representative of debtor    Printed name

Title  Manager

**18. Signature of attorney**

X /s/ Scott A. Underwood                    Date  11 / 14 / 2023
Signature of attorney for debtor                  MM / DD / YYYY

Scott A. Underwood
Printed name

Underwood Murray, P.A.
Firm name

100 N Tampa, Ste. 2325
Number   Street

Tampa, FL 33602
City   State   ZIP Code

803-540-8401                                sunderwood@underwoodmurray.com
Contact phone                                Email address

Florida Bar No. 0730041                     Florida
Bar number                                  State

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 4

Debtor   Starboard Group of Space Coast, LLC                      Case Number (if known) _____

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Middle_____   District of Florida_____
                                           (State)
Case number (If known):_____ Chapter 11____

☐ Check if this is an amended filing

# Schedule 1

## Pending Bankruptcy Cases Filed by the Debtor and Affiliates of the Debtor

On the date hereof, each of the entities listed below (collectively, the "Debtors") filed a petition in the United Bankruptcy Court for the Middle District of Florida for relief under chapter 11 of title 11 of the United States Code. The Debtors have moved for joint administration of these cases under the case number assigned to the chapter 11 case of SBG Burger Opco, LLC.

10 S & M Foods, LLC
7 S & M Foods, LLC
9 S & M Foods, LLC
SBG Burger Opco, LLC
Starboard Group of Alabama, LLC
Starboard Group of Southeast Florida, LLC
Starboard Group of Space Coast, LLC
Starboard Group of Tampa II, LLC
Starboard Group of Tampa, LLC
Starboard with Cheese, LLC

Debtor    Starboard Group of Space Coast, LLC            Case Number *(if known)* _____

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Middle_____ District of Florida_____
                                (State)
Case number (*If known*):_____ Chapter 11____

☐ Check if this is an amended filing

## Schedule 2

## Locations of Principal Assets

| Address | City | State | Zip Code |
|---|---|---|---|
| 3323 Columbia Boulevard | Titusville | Florida | 32780 |
| 4435 Northlake Boulevard | Palm Beach Gardens | Florida | 33410 |
| 398 Southeast Port Saint Lucie Boulevard | Port St. Lucie | Florida | 34984 |
| 10246 South Federal Highway | Port St. Lucie | Florida | 34952 |
| 4900 S. Federal Highway | Fort Pierce | Florida | 34982 |
| 2309 South US Highway 1 | Fort Pierce | Florida | 34950 |
| 1841 North 4th Street | Fort Pierce | Florida | 34946 |
| 890 U.S. 1 | Vero Beach | Florida | 32962 |
| 6210 20th Street | Vero Beach | Florida | 32966 |
| 1154 Malabar Road | Malabar | Florida | 32907 |
| 135 Palm Bay Road Northeast | West Melbourne | Florida | 32904 |
| 1755 Palm Bay Road Northeast | Palm Bay | Florida | 32905 |
| 2650 West New Haven Avenue | Melbourne | Florida | 32904 |
| 205 South Miramar Avenue | Indialantic | Florida | 32903 |
| 395 East Eau Gallie Boulevard | Melbourne | Florida | 32901 |
| 4150 North Wickham Road | Melbourne | Florida | 32935 |
| 8245 North Wickham Road | Melbourne | Florida | 32940 |
| 648 Barnes Boulevard | Rockledge | Florida | 32955 |
| 10 West Merritt Island Causeway | Merritt Island | Florida | 32952 |
| 8440 Astronaut Boulevard | Cape Canaveral | Florida | 32920 |
| 3000 Garden Street | Titusville | Florida | 32780 |
| 950 North Wickham Road | Melbourne | Florida | 32935 |

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

| | |
|---|---|
| In re:<br><br>Starboard Group of Space Coast, LLC<br><br>Debtor. | Chapter 11<br><br>Case No. 8:23-bk-_____ |

## LIST OF EQUITY SECURITY HOLDERS[1]

Pursuant to rule 1007(a)(3) of the Federal Rules of Bankruptcy Procedure, the following is a list of holders of equity securities of the above-captioned debtor.

| Equity Holder | Address of Equity Holder | Percentage of Equity Held |
|---|---|---|
| SBG Burger Opco, LLC | 12540 W. Atlantic Boulevard, Coral Springs, Florida 33071 | 100% |

---

[1] This list serves as the disclosure required to be made by the debtor pursuant to Rule 1007 of the Federal Rules of Bankruptcy Procedure. All equity positions listed indicate the record holder of such equity as of the date of commencement of the chapter 11 case.

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| Starboard Group of Space Coast, LLC | Case No. 8:23-bk-_____ |
| Debtor. | |

**CORPORATE OWNERSHIP STATEMENT**

Pursuant to rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure, the following are corporations, other than a government unit, that directly or indirectly own 10% or more of any class of the debtor's equity interest.

| Shareholder | Approximate Percentage of Shares Held |
|---|---|
| SBG Burger Opco, LLC | 100% |

**Fill in this information to identify the case:**

Debtor name: SBG Burger Opco, LLC, *et al.*

United States Bankruptcy Court for the: Middle District of Florida
(State)

Case number (If known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | **SYGMA NETWORK**<br>5550 BLAZER PARKWAY<br>DUBLIN, OH 43017 | JIM PROCUNIAR, PRESIDENT<br>P: 877-441-1144<br>F: | Food Vendor | | | | $617,890.01 |
| 2 | **WENDY'S INTERNATIONAL, LLC. ROYALTIES**<br>ONE DAVE THOMAS BLVD<br>DUBLIN, OH 43017 | E.J. WUNSCH, CHIEF LEGAL OFFICER<br>P:<br>F:<br>corporate-secretary@wendys.com | Franchise Royalties | | | | $425,205.31 |
| 3 | **WENDYS NATIONAL ADVERTISING WNAP**<br>ONE DAVE THOMAS BLVD<br>DUBLIN, OH 43017 | E.J. WUNSCH, CHIEF LEGAL OFFICER<br>P:<br>F:<br>corporate-secretary@wendys.com | Franchisor Advertising Charges | | | | $381,199.86 |
| 4 | **WENDY'S INTERNATIONAL, LLC.**<br>ONE DAVE THOMAS BLVD<br>DUBLIN, OH 43017 | E.J. WUNSCH, CHIEF LEGAL OFFICER<br>P:<br>F:<br>corporate-secretary@wendys.com | Trade Vendor | | | | $365,595.19 |
| 5 | **BECKER & POLIAKOFF**<br>1 EAST BROWARD BLVD<br>FORT LAUDERDALE, FL 33301 | JON POLENBERG<br>P: 954-987-7550<br>F: 54-985-4176<br>jpolenberg@beckerlawyers.com | Legal | | | | $354,711.40 |
| 6 | **UNITED HEALTHCARE INSURANCE COMPANY**<br>9900 BREN RD E<br>MINNETONKA, MN 55343 | RUPERT BONDY, CHIEF LEGAL OFFICER<br>P: 952-936-1645<br>F: | Insurance | | | | $304,247.87 |
| 7 | **SHUTTS & BOWEN LLP**<br>300 SOUTH ORANGE AVENUE, SUITE 1600<br>ORLANDO, FL 32801 | MARY RUTH HOUSTON<br>P: 407-423-3200<br>F: 407-425-8316<br>mhouston@shutts.com | Legal | | | | $264,515.40 |

Debtor: SBG Burger Opco, LLC, *et al.*    Case number (if known): _____

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim. If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 8 | **BERKOWITZ POLLACK BRANT ADVISORS AND ACCOUNTANTS** 200 S. BISCAYNE BLVD., 7TH AND 8TH FLOORS MIAMI, FL 33131 | RICHARD POLLACK P: 305-379-7000 F: 305-379-8200 rpollack@bpbcpa.com | Consulting | | | | $258,072.41 |
| 9 | **SYNERGI PARTNERS, INC.** 151 W. EVANS ST. FLORENCE, SC 29501 | ASHLEY HOGSETTE, CHIEF LEGAL OFFICER P: 843-519-0808 F: ahogsette@synergipartners.com | Vendor Commissions | | | | $249,966.88 |
| 10 | **JACKSON LEWIS LLP** 390 N. ORANGE AVENUE, SUITE 1285 ORLANDO, FL 32801 | STEPHANIE L. ADLER-PAINDIRIS P: 407-246-8409 F: 407-246-8441 stephanie.adler-paindiris@jacksonlewis.com | Legal | | | | $191,625.17 |
| 11 | **HILLSBOROUGH COUNTY TAX COLLECTOR** 2506 N. FALKENBURG ROAD TAMPA, FL 33619 | NANCY C. MILLAN, TAX COLLECTOR P: 813-635-5200 F: millan@hillstax.org | Tax | | | | $147,082.44 |
| 12 | **BREVARD COUNTY TAX COLLECTOR** 400 SOUTH STREET, 6TH FLOOR TITUSVILLE, FL 32780 | LISA CULLEN P: 321-264-6969 F: 321-264-5149 lisa.cullen@brevardtaxcollector.com | Tax | | | | $144,906.44 |
| 13 | **SOUTHEASTERN FOOD MERCHANDISERS, LP** 201 PARKER DRIVE PELHAM, AL 35124 | JIM ACOMB, GENERAL MANAGER P: 205-664-3322 F: 205-664-3321 | Trade Vendor | | | | $131,480.74 |
| 14 | **MCS COMMERCIAL, LLC** 350 HIGHLAND DR STE 100 LEWISVILLE, TX 75067 | ANDREW NOLAN, PRESIDENT P: 813-387-1100 F: andrew.nolan@mcs360.com | Landscaping and Plowing | | | | $124,042.84 |
| 15 | **AYDELOTT EQUIPMENT, INC.** 119 COMPARK ROAD CENTERVILLE, OH 45459 | HERB AYDELOTT P: 937-435-8220 F: 937-435-1885 herb@aydelott.com | Trade Vendor | | | | $114,070.96 |
| 16 | **LOOMIS ARMORED US, LLC.** 2500 CITYWEST BLVD SUITE 2300 HOUSTON, TX 77042 | BJÖRN ZÜGE, PRESIDENT AND CEO P: 877-877-0560 F: | Bank and Safe Supplier | | | | $105,810.79 |
| 17 | **NCR CORPORATION** 864 SPRING STREET NW ATLANTA, GA 30308 | KELLI STERRETT, GENERAL COUNSEL P: F: 937-445-1936 kelli.sterrett@ncr.com | Point of Sales Support | | | | $96,411.00 |

Debtor: SBG Burger Opco, LLC, *et al.*  Case number (if known): _____

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 18 | **DAVE THOMAS FOUNDATION FOR ADOPTION** 4900 TUTTLE CROSSING BLVD DUBLIN, OH 43016 | MELINDA HAGGERTY, GENERAL COUNSEL P: 614-764-8441 F: info@davethomasfoundation.org | Charity | | | | $94,792.32 |
| 19 | **LIFE SAFETY ENGINEERED SYSTEMS, INC** 60 SONWIL DRIVE BUFFALO, NY 14225 | ANGEL VEZINA, CEO P: 800-263-1116 F: 716-656-1511 | Trade Vendor | | | | $94,099.49 |
| 20 | **BP ENVIRONMENTAL SERVICES, INC.** 100 HIGHPOINT DRIVE CHALFONT, PA 18914 | LOU PELLEGRINO, CEO P: 267-308-0123 F: info@workwithbp.com | Waste Management Services | | | | $92,998.74 |

**Fill in this information to identify the case:**

Debtor name: Starboard Group of Space Coast, LLC

United States Bankruptcy Court for the: Middle District of Florida

Case number: 23-XXXXX

☐ Check if this is an amended filing

## Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule*

☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☑ Other document that requires a declaration — List of Equity Security Holders and Corporate Ownership Statement

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 11/13/2023

_Signature:_ /s/ Andrew Levy

Printed name: Andrew Levy

Position or relationship to debtor: Manager

STARBOARD GROUP OF SPACE COAST, LLC
UNANIMOUS WRITTEN CONSENT

The undersigned manager (the "**Manager**") and member ("**Member**") of Starboard Group of Space Coast, LLC, a Florida limited liability company (the "**Company**") do hereby waive all formal requirements, including the necessity of holding a formal or informal meeting, and any requirements for notice, and does hereby consent in writing, notwithstanding any other agreement or understanding (written or verbal) to the contrary, to the adoption of the following Resolutions and taking of the following actions under Florida Statute Section 605.04073 and Sections 2 and 5 of the Company's operating agreement in lieu of a meeting.

WHEREAS, the Company is a duly formed, validly existing limited liability company in good standing under the laws of the State of Florida;

WHEREAS, the Manager and Member have considered presentations by consultants, legal advisors and/or professionals of the Company regarding the liabilities and liquidity situation of the Company, the status of any pending litigation, the strategic alternatives available to it, and the effect of the foregoing on the Company's business;

WHEREAS, the Manager and Member have had the opportunity to consult with consultants, legal advisors and/or professionals to specifically assess the considerations related to the commencement of chapter 11 cases under title 11 of the United States Code (the "**Bankruptcy Code**");

WHEREAS, in light of the Company's current financial condition and pending litigation, the Manager and Member, after investigating, discussing and considering options for addressing the Company's financial challenges and, after consultation with the Company's advisors, have concluded that it is in the best interests of the Company, its creditors, and other interested parties that a petition be filed by the Company seeking relief under the provisions of the Bankruptcy Code; and

WHEREAS, this Unanimous Written Consent has been duly executed by each and every Manager and Member of the Company.

NOW THEREFORE be it

RESOLVED, that in the judgment of the Manager and Member of the Company, it is desirable and in the best interests of the Company and its respective creditors, and other interested parties that a petition be filed by the Company seeking relief under the Bankruptcy Code;

RESOLVED, that the Manager of the Company is hereby authorized, empowered and directed, in the name and on behalf of the Company, to execute and verify a petition under chapter 11 of the Bankruptcy Code and to cause the same to be filed in the United States Bankruptcy Court, Middle District of Florida, Orlando Division (the "**Bankruptcy Court**"), at such time as said Manager shall determine in consultation with the Company's advisors;

RESOLVED, that the Manager may employ the law firm of Underwood Murray, P.A. as attorneys for the Company in the chapter 11 case, subject to Bankruptcy Court approval;

RESOLVED, that the Manager is hereby authorized, empowered and directed to execute and file all petitions, schedules, motions, lists, applications, pleadings and other papers and, in that connection, to employ and retain all assistance by legal counsel, accountants, financial and real estate advisors, liquidators and other professionals, and to take and perform any and all further acts and deeds deemed necessary, proper or desirable in connection with the successful prosecution of the chapter 11 case;

RESOLVED, that the Company hereby authorizes the receipt of an advance fee deposit by Underwood Murray, P.A. from SBG Burger Opco, LLC and Starboard Group Holdings, LLC, and, ratifies any contribution or loan between the entities; and, furthermore the Company authorizes the use of those funds held as an advance fee deposit by Underwood Murray, P.A. to be utilized as an advanced fee deposit as necessary, including to draw down upon such funds prior to filing a bankruptcy case for Company, to pay Company's proportionate share of costs, expenses and fees incurred;

RESOLVED, that all acts, actions, and transactions relating to the filing of a bankruptcy petition under chapter 11 of title 11 of the Bankruptcy Code contemplated by the foregoing resolutions done in the name of and on behalf of the Company which acts would have been approved by the foregoing resolutions except that such acts were taken before the adoption of these resolutions, are hereby in all respects approved and ratified as the true acts and deeds of the Company with the same force and effect as if each such act, transaction, agreement, or certificate has been specifically authorized in advance by resolution of the Manager and Member; and,

RESOLVED, that the Manager be and hereby is authorized and empowered to take all actions or to not take any action in the name of the Company with respect to the transactions contemplated by these resolutions hereunder, as the Manager shall deem necessary or desirable in its reasonable business judgment as may be necessary or convenient to effectuate the purposes of the transactions contemplated herein.

IN WITNESS WHEREOF, the undersigned has hereunto set his hand and seal for the purposes herein expressed.

**STARBOARD GROUP OF SPACE COAST, LLC**
a Florida limited liability company

By: _____
Print Name: Starboard Group Management Company Incorporated
Its: Manager

By: _____
Print Name: SBG Burger Opco, LLC
Its: Member

Dated: 11/14/23

2