[Doncn117] [District Order Converting Case from Chapter 11 to Chapter 7 Non−Individual]

**ORDERED.**

Dated:  October 22, 2024

_____
Tiffany P. Geyer
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:                                                                                           Case No. 6:23−bk−04789−TPG
                                                                                                 Chapter 11

Starboard Group of Spacecoast,



_____Debtor.*_____/

### ORDER CONVERTING CASE FROM CHAPTER 11 TO CHAPTER 7

   THIS JOINTLY ADMINISTERED CASE came on for hearing on October 15, 2024 in connection with the Court's oral ruling on the Official Committee of Unsecured Creditors' request for conversion to Chapter 7 (Doc. No. 498 as supplemented by Doc. No. 713 in lead case no. 6:23-bk-04797), and upon the Debtors' Motion to Dismiss (Doc. No. 764 in lead case no. 6:23-bk-04797). The Court finds cause exists to convert the Debtor's Chapter 11 case to a case under Chapter 7 of the Bankruptcy Code. Accordingly, it is

   **ORDERED:**

   1. This case is converted to a case under Chapter 7 of the Bankruptcy Code.

   2. Within 14 days from the date of this Order, Debtor shall file a Chapter 7 Statement of Income (Means Test), a Statement of Intent, and any unfiled schedules or Statement of Financial Affairs required by Fed. R. Bankr. P. 1007.

   3. Within 14 days from the date of the Order Converting Case, as required by Fed. R. Bankr. P. 1019, Debtor shall file a schedule of debts incurred after the commencement of the case and before the entry of the Order Converting Case, including the name and address of each holder of a claim. If Debtor is represented by an attorney, the attorney shall upload the additional holders of claims via CM/ECF. Debtor or Debtor's attorney shall serve a copy of the Order Converting Case and this notice on each additional holder of a claim and shall file a proof of service with the Court. If the case is converted after confirmation of a plan, Debtor shall also file a schedule of all properties acquired after the commencement of the case but before the entry of the order of confirmation, and a schedule of all executory contracts and unexpired leases entered into or assumed after the commencement of the case but before the entry of the Order Converting Case.

4. Within 14 days from the date of the Order Converting Case, Debtor shall pay unpaid filing fees in the amount of N/A and the $15.00 fee for converting the case, if not previously paid. Failure to pay the overdue filing fee may result in dismissal of the case or the discharge being withheld. Payment shall be made by cashier's check or money order payable to

Clerk, U.S. Bankruptcy Court
George C. Young Federal Courthouse
400 West Washington Street
Suite 5100
Orlando, FL 32801

5. Pursuant to Local Rule 4001−1(c)(5), any motion for relief from stay pending as of the date of this order

is abated until the movant files an amended motion for relief from stay in the converted case and serves it on the appropriate parties.

6. Any appointed creditors' committee is dissolved.

Scott Underwood is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a Proof of Service within 3 days of entry of the order.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.

## *NOTICE REGARDING CONVERSION TO CHAPTER 7*

1. The U.S. Trustee has scheduled an additional meeting of creditors pursuant to 11 U.S.C. § 341, for **December 4, 2024,** at **09:00 AM**. **Meeting to be held Telephonically by the U.S. Trustee's Office (For Orlando Cases), Call in Number: 866−910−5128, Passcode: 6217671**. Debtor must provide a Photo ID and acceptable proof of Social Security Number, and/or any other relevant identification documents, to the Trustee in the manner directed by the Trustee. The §341 meeting may be adjourned from time to time without further written notice. The last day for the Debtor to notice the 341 meeting is **November 13, 2024**.

2. The U.S. Trustee has appointed a Chapter 7 Trustee: Marie E. Henkel.

3. Proofs of Claims are due by December 31, 2024.

4. Avoid delays. A photo ID is required for entry into the Courthouse. Local Rule 5073−1 restricts the entry of cellular telephones and computers into the Courthouse absent a specific order of authorization issued beforehand by the presiding judge, a valid Florida Bar identification card, or pro hac vice order.